AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America

v.

LARRY DEAN HARMON

*Defendant*

)
)
)
)
)
)

Case No.19-cr-00395
Assigned to: Chief Judge Beryl A. Howell
Assign. Date: 12/3/2019
Description: INDICTMENT (B)

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LARRY DEAN HARMON                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy To Launder Monetary Instruments, in violation of 18 U.S.C. Section 1956(h);
Operating an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. Section 1960(a);
Money Transmission Without a License, in violation of D.C. Code § 26-1023(c); and

Forfeiture: 18 U.S.C. § 982(a)(1); 21 U.S.C. § 853(p)

Date:  _____12/03/2019_____

_____
*Issuing officer's signature*

City and state:    Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk

By_____
Deputy Clerk