AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
FEB - 6 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

# UNITED STATES DISTRICT COURT
for the
District of Columbia

5:20mj1030

United States of America
v.

LARRY DEAN HARMON

*Defendant*

)
)
)
)
)
)
)

Case No. 19-cr-00395
Assigned to: Chief Judge Beryl A. Howell
Assign. Date: 12/3/2019
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LARRY DEAN HARMON

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy To Launder Monetary Instruments, in violation of 18 U.S.C. Section 1956(h);
Operating an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. Section 1960(a);
Money Transmission Without a License, in violation of D.C. Code § 26-1023(c); and

Forfeiture: 18 U.S.C. § 982(a)(1); 21 U.S.C. § 853(p)

Date: 12/03/2019

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/03/2019, and the person was arrested on *(date)* 02/06/2020
at *(city and state)* Akron, Ohio

Date: 02/06/2020

*Arresting officer's signature*

Andrew Accardi, Special Agent
*Printed name and title*

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By Elizabeth A. Douglas
Deputy Clerk