IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:20-MJ-01030 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY DEAN HARMON, | ) | NOTICE OF APPEARANCE |
| | ) | (CO-COUNSEL) |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, Attorney for the United States, and Daniel J. Riedl, Assistant U. S. Attorney, and respectfully advises the Court that the undersigned will appear as co-counsel of record.

Respectfully submitted,

JUSTIN E. HERDMAN
Attorney for the United States
Northern District of Ohio

By: /s/ C. Alden Pelker
C. Alden Pelker
Trial Attorney
U.S. Department of Justice
1301 New York Ave., N.W., Suite 600
Washington DC,20005
(202) 616-5007
(202) 514-6113
Catherine.Pelker@usdoj.gov

Christopher B. Brown (DC: 1008763)
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, DC 20530
(202) 252-7153

(202) 514-6010 (facsimile)
Christopher.Brown6@usdoj.gov

S. Riane Harper (DC: 230233)
Trial Attorney
U.S. Department of Justice
1301 New York Ave., N.W., Suite 600
Washington DC, 20005
(202) 305-2593
(202) 897-9161
Riane.Harper@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February 2020, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.