IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
AKRON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | No. 5:20-mj-01030 |
| LARRY DEAN HARMON | § § | |

## MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE KATHLEEN BURKE:

COMES NOW, CHARLES FLOOD, Movant and counsel for Defendant, LARRY HARMON and moves this Honorable Court for permission to appear *pro hac vice*, saying particularly for cause as follows:

1. This matter is for an Identity/Detention Hearing on February 11, 2020.

2. Movant graduated from the University of Houston Law School in Houston, Texas, in 1996. Movant is a member in good standing of the State Bar of Texas, as well as the United States District Court for the Southern District of Texas. Attached as Exhibit A is a copy of a Certificate of Good Standing from the United States District Court for the Southern District of Texas, where Movant resides.

3. Movant does not reside in the Northern District of Ohio, is not regularly employed in that district, and is not regularly engaged in the practice of law in that district.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Honorable Court grant this Motion to Appear *Pro Hac Vice*.

-2-

        Respectfully submitted,

        */s/ Charles Flood*
        Charles Flood
        Flood & Flood Law Office
        914 Preston at Main, Suite 800
        Houston, TX 77002
        (713) 223-8877; Fax (713) 223-8877
        charles@floodandflood.com
        Texas Bar License# 00798178
        Fed I.D. 22508

## CERTIFICATE OF SERVICE

    I hereby certify that on February 10, 2020, I filed the foregoing document to the Clerk of Court and copy was email to Assistant U.S. Attorney Daniel Riedl.

        */s/ Charles Flood*
        Charles Flood