# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# AKRON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 5:20-mj-01030 |
| LARRY DEAN HARMON | § § | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

IT IS ORDERED that the Motion of Charles Flood to Appear *Pro Hac Vice* as counsel for Defendant Larry Dean Harmon is GRANTED.

SIGNED at on _____, 2020.

_____
JUDGE PRESIDING